O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>PNS STORES, INC. et al,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-03360-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT AND DENYING MOTION TO STRIKE DEFENSES AS MOOT [14]** |

　　　　The Court has received Plaintiff's Notice of Settlement, which indicates that the parties "anticipate filing a Stipulation for Dismissal within eight weeks." (ECF No. 15.) In light of this representation, the Court hereby **ORDERS** the parties to **SHOW CAUSE** in person on **Monday, October 21, 2013, at 1:30 p.m.** why the parties have not finalized the settlement. This OSC will be automatically discharged upon Plaintiff's filing a stipulated dismissal prior to October 21. Additionally, Plaintiff's pending Motion to Strike Affirmative Defenses (ECF No. 14) is hereby **DENIED AS MOOT**.

　　　　**IT IS SO ORDERED.**

　　　　August 16, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE